In the Matter of the Claim of George Selkowitz, Respondent, against Charles H. White and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Christina Strand, Respondent, against Brooklyn Fireproof Sash and Door Company and Another, Appellants. State Industrial Board, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the authority of *Matter of Shearer* v. *Niagara Falls Power Co.* (242 N. Y. 70; 245 id. 199). Van Kirk, P. J., Davis, Hill and Hasbrouck, JJ., concur; Whitmyer, J., dissents and votes for affirmance.

In the Matter of the Claim of Lena Shankin, Respondent, against Lena Shankin and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Mollie Serebrinck, Respondent, against Estate of H. Kaufman and Another, Appellants. State Industrial Board, Respondent.* —Award affirmed, with costs to the State Industrial Board. Van Kirk, P. J., Hinman and Hasbrouck, JJ., concur; Whitmyer and Hill, JJ., dissent on the ground that there is no causal relation proven between the death and the accidental injuries.

In the Matter of the Claim of Kasia Severick, Respondent, against Crowell-Sherman-Statler Company and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

* Revd., 249 N. Y. 611.